

# THE ATTORNEY GENERAL
## OF TEXAS

JIM MATTOX
ATTORNEY GENERAL

OPINION #   O-765   WAS NEVER ISSUED OR WAS WITHDRAWN.

512/463-2100    SUPREME COURT BUILDING    AUSTIN, TEXAS 78711-2548